UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARMANE SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | No. 2:17-CV-00211-SMJ<br><br>REPORT AND RECOMMENDATION TO CLOSE FILE |

By Order filed June 14, 2017, the Plaintiff was directed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.

There has been no response to the court's Order. Accordingly, **IT IS RECOMMENDED** the file of the captioned matter be **CLOSED.**

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying any the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection Attention is directed TO FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

REPORT AND RECOMMENDATION TO CLOSE FILE - 1

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C); FED. R. CIV. P. 72(b)(3); LMR 4, Local Rules for the Eastern District of Washington. A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The Clerk of the Court is directed to file this Report and Recommendation and provide a copy to Plaintiff and to Judge Salvador Mendoza, Jr.

DATED August 8, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE