FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARMANE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendants. | No. 2:17-CV-00211-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

Before the Court is Magistrate Judge Rodgers's August 8, 2017 Report and Recommendation, ECF No. 4, recommending that this case be CLOSED because Plaintiff failed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis*. No party has filed an objection.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

2. The Clerk's Office is directed to **CLOSE** this case.

ORDER -- 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff, Defendants' counsel and Magistrate Judge Rodgers.

**DATED** this 23rd day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER -- 2